[No. 2509-3. Division Three. January 11, 1979.]

G. A. BREMER, ET AL, *Appellants,* v. PIONEER
NATIONAL TITLE INSURANCE CO., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 29701, Richard J. Ennis, J., entered
July 13, 1977. *Affirmed* by unpublished opinion per
Munson, J., concurred in by McIntufff and Roe, JJ.

[No. 2280-3. Division Three. January 11, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY
ALLEN, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 19770, Howard Hettinger, J., entered
February 8, 1977. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 2192-3. Division Three. January 11, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. MARCUS
MONROE DURHAM, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 20285, Bruce P. Hanson, J., entered
December 7, 1976. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Green, C.J., and McInturff, J.